DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JONESHIA WILKERSON,

Appellant,

v.

WELLINGTON POLANCO and ELSA POLANCO,

Appellees.

No. 2D2025-3060

————————————————

July 8, 2026

Appeal from the County Court for Hillsborough County; Jessica Goodwin Costello, Judge.

Joneshia Wilkerson, pro se.

Sean White, Zephyrhills, for Appellees.


PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.